# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Kellie Payne, et. al,                              **Case No. 3:18 CV 02451**

               **Plaintiffs,**            **JUDGE HELMICK**

-vs-                                               **Plaintiffs' motion with supporting memorandum for leave to file an amended class action complaint**

Kistler Ford, et. al,

               **Defendants.**            Michael D. Portnoy (0040213)
ATTORNEY AT LAW
810 West South Boundary Rd.
Perrysburg, Ohio 43551
Telephone: (419) 874-2775
Fax: (419) 874-2777
E-Mail: hawkport@aol.com

*Attorney for Plaintiffs*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to Federal Civil Rule 15, Plaintiff Payne, both individually and for the purported class, hereby move this Court for an Order allowing her to file an amended individual complaint and class action complaint. A supporting memorandum is attached hereto

                                      Respectfully submitted,
                                      s/ Michael Portnoy
                                      Attorney for Plaintiffs

## **MEMORANDUM IN SUPPORT**

Pending before this Court are several motions related to Plaintiff Payne's original complaint for her individual causes of action against the Defendants and for the class action lawsuit on behalf of those Plaintiffs similarly situated.

The originally filed complaint relates to all Ford customers who purchased 2011-2015 Ford Explorers that had dangerously defective carbon monoxide issues. As a result of the carbon monoxide issues, in 2017, Ford sent notices to all customers indicating it would repair the carbon monoxide problems at no charge. (See Exhibit three (3) attached to Plaintiff's original complaint.)

Ford also entered into a class action settlement regarding the carbon monoxide problems, with the only basis of both the notice of this class action settlement agreement and the class action settlement was Ford would reimburse a small sum of money to all Ford customers who paid for the alleged repairs of the carbon monoxide exposure.

The class action notice and settlement were very specific in that it did not state that the class action settlement was for anything other than to reimburse those Ford customers a small refund to each customer who paid to have their relevant Ford Explorers carbon monoxide problems repaired. Furthermore no dispute exists the class action settlement allowed all relevant customers to pursue individual personal injury claims as a result of their exposure to the carbon monoxide.

In October, 2017, Plaintiff Payne brought her 2013 Ford Explorer to Defendant Kistler due to carbon monoxide problems. Kistler's November 7, 2017 work order states the following:

> Customer states everytime she drives her car she gets a headache and face gets flushed. Heard about CAB on carbon monoxide issues with these vehicles. Check and advise…. Verify customer concern of exhaust smell in vehicle while driving with test drive. Found and performed D TSB 16-0166.  Reseal the body, reprogram HVAC Module. Use labor operation MT160166. Condition Code 42. (See Exhibit 4 attached hereto)

From November, 2017 to 2019, Defendants lead Plaintiff Payne and its customers to believe that the carbon monoxide problems had been repaired and these relevant Ford Explorers were safe to drive.

In January, 2019, Ford sent another notice to Plaintiff Payne and the purported class indicating it would repair the carbon monoxide problems in their 2011-2015 Ford Explorers. This notice (attached as Exhibit 5) mirrors the 2017 notice regarding the same dangerous issues.

Plaintiff Payne and the purported class have continued to be exposed to carbon monoxide even though they were lead to believe that the carbon monoxide problems had been resolved when they brought their vehicles to have the carbon monoxide problems repaired by Defendants.

The 2019 carbon monoxide repair notice is proof the Defendants either negligently and/or intentionally failed to repair the dangerous problem after the customers received the 2017 recall notice.  No other credible reason can explain why these two (2) notices were sent to have the carbon monoxide problems repaired.

As a result, Plaintiff Payne hereby moves this Court for an Order allowing her to amend her individual complaint and class action complaint to allege additional claims for the Defendants' deliberate and/or negligent actions by (1) failing to repair the carbon monoxide problems when first informed of these problems and (2) continuing to expose customers to carbon monoxide despite the fact that the Defendants lead its customers to believe the carbon monoxide problems were repaired when this was not the case.

Plaintiff's motion to amend her complaint is well taken and should be granted. A proposed order is attached hereto.

Respectfully submitted,

s/ Michael D. Portnoy
Attorney for Plaintiffs

## Certificate of Service

A copy of this pleading was e-mailed to opposing counsel.

s/ Michael Portnoy