UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kellie Payne,                                   Case No. 3:18-cv-02451

           Plaintiff,

     v.                                         JUDGMENT ENTRY

Kistler Ford, *et al.*,

           Defendants.

       For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, the partial motions to dismiss Counts I through VII of Plaintiff Kellie Payne's Complaint, filed by Defendants Kistler Ford and Ford Motor Company, (Doc. No. 6, Doc. No. 17), are granted. Payne's motion for leave to amend her complaint, (Doc. No. 34), is denied as futile. Ford's motion to strike class allegations, (Doc. No. 7), is denied without prejudice. Payne's motion for a pretrial conference, (Doc. No. 35), is denied as moot; following the entry of the Memorandum Opinion and Order, the Clerk of Court shall set this case for a case management conference.

       So Ordered.

                                                                     s/ Jeffrey J. Helmick
                                                                     United States District Judge