UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kellie Payne,                                          Case No. 3:18-cv-02451

            Plaintiff,

     v.                                                 JUDGMENT ENTRY

Kistler Ford, *et al.*,

            Defendants.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I deny Plaintiff Kellie Payne's motion for leave to amend her complaint, (Doc. No. 43), and her supplemental motion for leave to amend. (Doc. No. 46).

So Ordered.

                                                                      s/ Jeffrey J. Helmick
                                                                      United States District Judge