UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Kellie Payne, et. al,** | **Case No. 3:18 CV 02451** |
| **Plaintiffs,** | **JUDGE HELMICK** |
| -vs- | <u>**Notice of Dismissal**</u> |
| **Kistler Ford, et. al,** | Michael D. Portnoy (0040213) |
| | ATTORNEY AT LAW |
| **Defendants.** | 810 West South Boundary Rd. |
| | Perrysburg, Ohio 43551 |
| | Telephone: (419) 874-2775 |
| | Fax: (419) 874-2777 |
| | E-Mail: <u>hawkport@aol.com</u> |
| | *Attorney for Plaintiffs* |

*******************************************************************************

Plaintiff Payne, through counsel, hereby gives notice that pursuant to Federal Civil Rule 41, she is dismissing her complaint against Defendants with prejudice.

>Respectfully submitted,
>s/ Michael D. Portnoy
>Attorney for Plaintiffs

CERTIFICATE OF SERVICE

A copy of this pleading was sent via e-mail to Defendants' counsel.

>s/ Michael D. Portnoy

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge